1030

[No. 70858-9-I.   Division One.   October 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. EDMOND MAYNOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05477-7, Theresa B. Doyle, J., entered August 30, 2013. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Trickey, JJ.

[No. 71162-8-I.   Division One.   October 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN DAVID PIETZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01612-3, Michael Hayden, J., entered November 7, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Lau, JJ.

[No. 71630-1-I.   Division One.   October 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHINH QUOC PHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02283-4, Jay V. White, J., entered January 30, 2014. *Dismissed* by unpublished per curiam opinion.

[No. 72533-5-I.   Division One.   October 12, 2015.]

HAITHAM JOUDEH, *Appellant*, v. PFAU COCHRAN VERTETIS AMALA, PLLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-37948-1, Tanya Thorp, J., entered September 19, 2014. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Leach, J.